RECEIVED
AUG 2 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
SEP 1 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | |
|---|---|
| **ROBERT LEWIS JONES** | **CIVIL ACTION NO. 07-1334** |
| **VS.** | **SECTION P** |
| **RICHARD STALDER, ET AL.** | **JUDGE DOHERTY** |
| | **MAGISTRATE JUDGE METHVIN** |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint [doc. 1] be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted;

**IT IS FURTHER ORDERED** that plaintiff's Motion for Temporary Restraining Order or Injunction [doc. 3] be **DENIED.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 11 day of Sep, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE